| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | U.S. Court of Appeals, Ninth Circuit | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Ninth Circuit | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Arizona Elected Officials Retirement System, pension | $57,329.76 |
| 2. | 2014 | National Conference of Bar Examiners, stipends | $7,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Arizona State University, salary |
| 2. | 2014 | Arizona State Retirement System, pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 3/27/2014-3/30/2014 | Santa Monica, CA | Review and drafting of bar examination questions | Transportation, lodging, meals |
| 2. | National Conference of Bar Examiners | 10/30/2014-11/02/2014 | San Juan, PR | Review and drafting of bar examination questions | Transportation, lodging, meals |
| 3. | University of Miami Law School | 10/27/2014-10/30/2014 | Miami, FL | Teaching and moot court | Transportation, lodging, meals |
| 4. | University of Chicago Law School | 1/26/2014-1/28/2014 | Chicago, IL | Speech and teaching | Transportation, lodging, meals |
| 5. | Yale Law School | 4/21/2012-4/22/2012 | New Haven, CT | Speech and teaching | Transportation, lodging, meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | portfolio loan | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank (Checking/Savings) | A | Interest | K | T | | | | | |
| 2. Real Estate Limited Partnership (Avondale Acres) Avondale,AZ | A | Distribution | K | W | | | | | |
| 3. (H) Trust #1 | E | Int./Div. | O | T | | | | | |
| 4. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 5. -ALGER SPECTRA A | | | | | Sold | 02/28/14 | K | D | |
| 6. | | | | | Buy | 12/19/14 | K | | |
| 7. -ARTISAN GLOBAL VALUE INV | | | | | Sold | 02/28/14 | K | B | |
| 8. -ARTISAN MIDCAP VALUE INV | | | | | Sold | 02/28/14 | K | A | |
| 9. -BARON REAL ESTATE INST | | | | | Buy | 02/28/14 | J | | |
| 10. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 11. | | | | | Sold (part) | 02/28/14 | J | A | |
| 12. -CALVERT GLOBAL WATER A | | | | | Sold | 02/28/14 | J | A | |
| 13. -CENTRAL GOLDTRUST UNITS | | | | | Buy (add'l) | 02/28/14 | J | | |
| 14. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 15. | | | | | Sold | 12/19/14 | J | A | |
| 16. -CHENIERE ENERGY INC | | | | | Buy | 02/28/14 | J | | |
| 17. | | | | | Sold | 04/02/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CREDIT SUISSE CUSHING 30 MLP | | | | | Buy | 04/02/14 | K | | |
| 19. | | | | | Sold | 12/19/14 | K | A | |
| 20. -CUSHING MLP PREMIER I | | | | | Sold | 02/28/14 | K | A | |
| 21. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/28/14 | J | A | |
| 22. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 23. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 24. -FIRST EAGLE GLOBAL I | | | | | Sold (part) | 02/28/14 | J | A | |
| 25. | | | | | Sold (part) | 04/02/14 | J | A | |
| 26. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 27. -FIRST TRUST NORTH AMERICAN | | | | | Buy | 12/19/14 | K | | |
| 28. -GATEWAY FUND Y | | | | | Sold | 02/28/14 | K | A | |
| 29. -INVESCO SMALL CAP VALUE Y | | | | | Buy | 12/19/14 | K | | |
| 30. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/28/14 | J | | |
| 31. | | | | | Sold (part) | 12/19/14 | J | A | |
| 32. -LORD ABBETT SHT DURATION INC F | | | | | Buy (add'l) | 02/28/14 | K | | |
| 33. | | | | | Sold | 12/19/14 | K | A | |
| 34. -MAINSTAY MARKETFIELD I | | | | | Sold (part) | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 36. | | | | | Sold | 12/19/14 | J | A | |
| 37. -MATTHEWS ASIAN JAPAN | | | | | Buy | 02/28/14 | J | | |
| 38. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 39. | | | | | Sold | 12/19/14 | J | A | |
| 40. -METROPOLITAN WEST TOT RET BD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 41. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 42. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 43. -NATIXIS OAKMARK INTL A | | | | | Buy | 02/28/14 | K | | |
| 44. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 45. | | | | | Sold | 12/19/14 | K | A | |
| 46. -OAKMARK I | | | | | Buy (add'l) | 02/28/14 | K | | |
| 47. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 48. -OAKMARK INTERNATL I | | | | | Sold | 02/28/14 | K | B | |
| 49. -ONEOK INC | | | | | Buy | 02/28/14 | J | | |
| 50. | | | | | Sold | 04/02/14 | J | A | |
| 51. -PIMCO FUNDAMENTALIDXPLS AR P | | | | | Buy | 12/19/14 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO INCOME P | | | | | Buy | 12/19/14 | K | | |
| 53. -PIMCO INTL STOCKPLUS AR STR P | | | | | Buy | 12/19/14 | K | | |
| 54. -PUTNAM EQUITY SPECTRUM Y | | | | | Buy | 02/28/14 | K | | |
| 55. | | | | | Sold (part) | 12/19/14 | K | A | |
| 56. -RS SELECT GROWTH Y | | | | | Buy | 02/28/14 | K | | |
| 57. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 58. | | | | | Sold (part) | 12/19/14 | K | A | |
| 59. -SEMGROUP CORP CLASS A | | | | | Buy | 02/28/14 | J | | |
| 60. | | | | | Sold | 04/02/14 | J | A | |
| 61. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy (add'l) | 02/28/14 | J | | |
| 62. | | | | | Sold (part) | 12/19/14 | J | A | |
| 63. -TARGA RESOURCES CP | | | | | Buy | 02/28/14 | J | | |
| 64. | | | | | Sold | 04/02/14 | J | A | |
| 65. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Sold (part) | 02/28/14 | J | A | |
| 66. | | | | | Sold | 12/19/14 | J | A | |
| 67. -THORNBURG DEVELOPING WORLD I | | | | | Sold (part) | 02/28/14 | K | B | |
| 68. | | | | | Sold | 12/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -THORNBURG INTL GROWTH I | | | | | Buy | 02/28/14 | K | | |
| 70. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 71. | | | | | Sold | 12/19/14 | K | A | |
| 72. -TOUCHSTONE SANDS CAP SEL GR Y | | | | | Buy | 02/28/14 | L | | |
| 73. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 74. | | | | | Sold | 12/19/14 | L | A | |
| 75. -WASATCH SM CAP GRW FD | | | | | Sold | 12/19/14 | K | B | |
| 76. -WILLIAMS CO INC | | | | | Buy | 02/28/14 | J | | |
| 77. | | | | | Sold | 04/02/14 | J | A | |
| 78. -WISDOMTREE EUROPE HEDGED EQUITY | | | | | Buy | 12/19/14 | K | | |
| 79. -WISDOMTREE TRUST JAPN DEDGE EQ | | | | | Buy | 12/19/14 | K | | |
| 80. "(H) TRUST #2 | E | Int./Div. | N | T | | | | | |
| 81. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 82. -ALGER SPECTRA A | | | | | Sold | 02/28/14 | K | C | |
| 83. | | | | | Buy | 12/19/14 | K | | |
| 84. -ARTISAN GLOBAL VALUE INV | | | | | Sold | 02/28/14 | J | A | |
| 85. -ARTISAN MIDCAP VALUE INV | | | | | Sold | 02/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BARON REAL ESTATE INST | | | | | Buy (add'l) | 02/28/14 | J | | |
| 87. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 88. | | | | | Sold (part) | 12/19/14 | J | A | |
| 89. -CALVERT GLOBAL WATER A | | | | | Sold | 02/28/14 | J | A | |
| 90. -CENTRAL GOLDTRUST UNITS | | | | | Buy (add'l) | 02/28/14 | J | | |
| 91. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 92. | | | | | Sold | 12/19/14 | J | A | |
| 93. -CHENIERE ENERGY INC | | | | | Buy | 02/28/14 | J | | |
| 94. | | | | | Sold | 04/02/14 | J | A | |
| 95. -CREDIT SUISSE CUSHING 30 MLP | | | | | Buy | 04/02/14 | J | | |
| 96. | | | | | Sold | 12/19/14 | J | A | |
| 97. -CUSHING MLP PREMIER I | | | | | Sold | 02/28/14 | J | A | |
| 98. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/28/14 | J | A | |
| 99. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 100. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 101. -FIRST EAGLE GLOBAL I | | | | | Sold (part) | 02/28/14 | J | A | |
| 102. | | | | | Sold (part) | 04/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/19/14 | J | A | |
| 104. -FIRST TRUST NORTH AMERICAN | | | | | Buy | 12/19/14 | K | | |
| 105. -GATEWAY FUND Y | | | | | Sold | 02/28/14 | J | A | |
| 106. -INVESCO SMALL CAP VALUE Y | | | | | Buy | 12/19/14 | K | | |
| 107. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/28/14 | J | | |
| 108. | | | | | Sold (part) | 12/19/14 | J | A | |
| 109. -LORD ABBETT SHT DURATION INC F | | | | | Buy (add'l) | 02/28/14 | J | | |
| 110. | | | | | Sold | 12/19/14 | K | A | |
| 111. -MAINSTAY MARKETFIELD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 112. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 113. | | | | | Sold | 12/19/14 | J | A | |
| 114. -MATTHEWS ASIAN JAPAN | | | | | Buy | 02/28/14 | J | | |
| 115. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 116. | | | | | Sold | 12/19/14 | J | A | |
| 117. -METROPOLITAN WEST TOT RET BD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 118. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 119. | | | | | Buy (add'l) | 12/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -NATIXIS OAKMARK INTL | | | | | Buy | 02/28/14 | K | | |
| 121. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 122. | | | | | Sold | 12/19/14 | K | A | |
| 123.  -OAKMARK I | | | | | Buy (add'l) | 02/28/14 | J | | |
| 124. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 125.  -OAKMARK INTERNATL I | | | | | Sold | 02/28/14 | K | A | |
| 126.  -ONEOK INC | | | | | Buy | 02/28/14 | J | | |
| 127. | | | | | Sold | 04/02/14 | J | A | |
| 128.  -PIMCO FUNDAMENTAL IDXPLS AR P | | | | | Buy | 12/19/14 | K | | |
| 129.  -PIMCO INCOME P | | | | | Buy | 12/19/14 | K | | |
| 130.  -PIMCO INTL STOCKPLUS AR STR P | | | | | Buy | 12/19/14 | J | | |
| 131.  -PUTNAM EQUITY SPECTRUM Y | | | | | Buy | 02/28/14 | K | | |
| 132. | | | | | Sold (part) | 12/19/14 | J | A | |
| 133.  -RS SELECT GROWTH | | | | | Buy | 02/28/14 | J | | |
| 134. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 135. | | | | | Sold (part) | 12/19/14 | J | A | |
| 136.  -SEMGROUP CORP | | | | | Buy | 02/28/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 04/02/14 | J | A | |
| 138. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy (add'l) | 02/28/14 | J | | |
| 139. | | | | | Sold (part) | 12/19/14 | J | A | |
| 140. -TARGA RESOURCES | | | | | Buy | 02/28/14 | J | | |
| 141. | | | | | Sold | 12/19/14 | J | A | |
| 142. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Sold (part) | 02/28/14 | J | A | |
| 143. | | | | | Sold | 12/19/14 | J | A | |
| 144. -THORNBURG DEVELOPING WORLD I | | | | | Sold (part) | 02/28/14 | K | B | |
| 145. | | | | | Sold | 12/19/14 | J | A | |
| 146. -THORNBURG INTL GROWTH | | | | | Buy | 02/28/14 | K | | |
| 147. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 148. | | | | | Sold | 12/19/14 | K | A | |
| 149. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 02/28/14 | J | | |
| 150. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 151. | | | | | Sold | 12/19/14 | K | A | |
| 152. -VIRTUS INSIGHT EMERG MKTS I | | | | | Sold | 02/28/14 | J | A | |
| 153. -WASATCH SM CAP GRW | | | | | Sold | 02/28/14 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -WILLIAMS CO INC | | | | | Buy | 02/28/14 | J | | |
| 155. | | | | | Sold | 04/02/14 | J | A | |
| 156. -WISDOMTREE EUROPE HEDGED EQUIT | | | | | Buy | 12/19/14 | J | | |
| 157. -WISDOMTREE TRUST JAPN HEDGE | | | | | Buy | 12/19/14 | J | | |
| 158. "(H) Trust #3 | E | Int./Div. | O | T | | | | | |
| 159. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 160. -ALGER SPECTRA A | | | | | Sold | 02/28/14 | K | B | |
| 161. | | | | | Buy | 12/19/14 | K | | |
| 162. -ARTISAN GLOBAL VALUE INV | | | | | Sold | 02/28/14 | K | B | |
| 163. -ARTISAN MIDCAP VALUE INV | | | | | Sold | 02/28/14 | K | A | |
| 164. -BARON REAL ESTATE INST | | | | | Buy (add'l) | 02/28/14 | J | | |
| 165. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 166. | | | | | Sold (part) | 12/19/14 | J | A | |
| 167. -CALVERT GLOBAL WATER A | | | | | Sold | 02/28/14 | J | A | |
| 168. -CENTRAL GOLDTRUST UNITS | | | | | Buy (add'l) | 02/28/14 | J | | |
| 169. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 170. | | | | | Sold | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   -CHENIERE ENERGY INC | | | | | Buy | 02/28/14 | J | | |
| 172. | | | | | Sold | 04/02/14 | J | A | |
| 173.   -CREDIT SUISSE CUSHING 30 MLP | | | | | Buy | 04/02/14 | K | | |
| 174. | | | | | Sold | 12/19/14 | K | | |
| 175.   -CUSHING MLP PREMIER I | | | | | Sold | 02/28/14 | K | A | |
| 176.   -DOUBLELINE TOTAL RETURN | | | | | Sold (part) | 02/28/14 | J | | |
| 177. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 178. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 179.   -FIRST EAGLE GLOBAL I | | | | | Sold (part) | 02/28/14 | K | A | |
| 180. | | | | | Sold (part) | 04/02/14 | J | A | |
| 181.   -FIRST TRUST NORTH AMERICAN | | | | | Buy | 12/19/14 | K | | |
| 182.   -GATEWAY FUND Y | | | | | Sold | 02/28/14 | J | A | |
| 183.   -INVESCO SMALL CAP VALUE | | | | | Buy | 12/19/14 | K | | |
| 184.   -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/28/14 | J | | |
| 185. | | | | | Sold (part) | 12/19/14 | J | A | |
| 186.   -LORD ABBETT SHT DURATION INC F | | | | | Buy (add'l) | 02/28/14 | K | | |
| 187. | | | | | Sold | 12/19/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188.  -MAINSTAY MARKETFIELD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 189. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 190. | | | | | Sold | 12/19/14 | J | | |
| 191.  -MATTHEWS ASIAN JAPAN | | | | | Buy | 02/28/14 | J | | |
| 192. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 193. | | | | | Sold | 12/19/14 | J | A | |
| 194.  -METROPOLITAN WEST TOT RET BD I | | | | | Sold | 02/28/14 | J | A | |
| 195. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 196. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 197.  -NATIXIS OAKMARK INTL | | | | | Buy | 02/28/14 | K | | |
| 198. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 199. | | | | | Sold | 12/19/14 | K | | |
| 200.  -OAKMARK I | | | | | Sold (part) | 02/28/14 | K | | |
| 201.  -OAKMARK INTERNATL I | | | | | Sold | 02/28/14 | K | A | |
| 202.  -ONEOK INC | | | | | Buy | 02/28/14 | J | | |
| 203. | | | | | Sold | 04/02/14 | J | A | |
| 204.  -PIMCO FUNDAMENTALIDXPLS AR | | | | | Buy | 12/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -PIMCO INCOME | | | | | Buy | 12/19/14 | K | | |
| 206. -PIMCO INTL STOCKPLUS AR STR | | | | | Buy | 12/19/14 | K | | |
| 207. -PUTNAM EQUITY SPECTRUM | | | | | Buy | 12/19/14 | K | | |
| 208. | | | | | Sold (part) | 12/19/14 | K | A | |
| 209. -RS SELECT GROWTH | | | | | Buy | 02/28/14 | K | | |
| 210. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 211. | | | | | Sold (part) | 12/19/14 | K | | |
| 212. -SEMGROUP CORP | | | | | Buy | 02/28/14 | J | | |
| 213. | | | | | Sold | 04/02/14 | J | | |
| 214. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy (add'l) | 02/28/14 | J | | |
| 215. -TARGA RESOURCES | | | | | Buy | 02/28/14 | J | | |
| 216. | | | | | Sold | 04/02/14 | J | A | |
| 217. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Sold (part) | 02/28/14 | J | A | |
| 218. | | | | | Sold | 12/19/14 | J | | |
| 219. -THORNBURG DEVELOPING WORLD I | | | | | Sold (part) | 02/28/14 | K | B | |
| 220. | | | | | Sold | 12/19/14 | J | A | |
| 221. -THORNBURG INTL GROWTH | | | | | Buy | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 223. | | | | | Sold | 12/19/14 | J | B | |
| 224. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 02/28/14 | K | | |
| 225. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 226. | | | | | Sold | 12/19/14 | K | | |
| 227. -WASATCH SM CAP GRW FD | | | | | Sold | 02/28/14 | K | B | |
| 228. -WILLIAMS CO | | | | | Buy | 02/28/14 | J | | |
| 229. | | | | | Sold | 04/02/14 | J | | |
| 230. -WISDOMTREE EUROPE HEDGED | | | | | Buy | 12/19/14 | K | | |
| 231. -WISDOMTREE TRUST JAPN HEDGE EQ | | | | | Buy | 12/19/14 | K | | |
| 232. (H) IRA #1 | E | Int./Div. | O | T | | | | | |
| 233. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 234. -ALGER SPECTRA A | | | | | Sold | 02/28/14 | K | D | |
| 235. -ARTISAN GLOBAL VALUE INV | | | | | Sold | 02/28/14 | K | B | |
| 236. -ARTISAN MIDCAP VALUE INV | | | | | Sold | 02/28/14 | K | A | |
| 237. -BARON REAL ESTATE | | | | | Buy | 02/28/14 | K | | |
| 238. | | | | | Buy (add'l) | 04/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/19/14 | J | A | |
| 240. -CALVERT GLOBAL WATER A | | | | | Sold | 02/28/14 | K | B | |
| 241. -CENTRAL GOLDTRUST UNITS | | | | | Buy (add'l) | 02/28/14 | J | | |
| 242. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 243. | | | | | Sold | 12/19/14 | K | | |
| 244. -CHENIERE ENERGY INC | | | | | Buy | 02/28/14 | J | | |
| 245. | | | | | Sold | 04/02/14 | J | A | |
| 246. -CREDIT SUISSE CUSHING 30 MLP | | | | | Buy | 04/02/14 | K | | |
| 247. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 248. -CUSHING MLP PREMIER I | | | | | Sold | 02/28/14 | K | B | |
| 249. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/28/14 | J | | |
| 250. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 251. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 252. -FIRST EAGLE GLOBAL I | | | | | Sold (part) | 02/28/14 | K | B | |
| 253. | | | | | Sold (part) | 04/02/14 | J | A | |
| 254. | | | | | Sold | 12/19/14 | J | A | |
| 255. -GATEWAY FUND Y | | | | | Sold | 02/28/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -INVESCO SMALL CAP VALUE | | | | | Buy | 12/19/14 | K | | |
| 257. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/28/14 | K | | |
| 258. | | | | | Sold (part) | 12/19/14 | J | B | |
| 259. -LORD ABBETT SHT DURATION INC F | | | | | Buy (add'l) | 02/28/14 | K | | |
| 260. | | | | | Sold | 12/19/14 | L | | |
| 261. -MAINSTAY MARKETFIELD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 262. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 263. | | | | | Sold | 12/19/14 | K | | |
| 264. -MATTHEWS ASIAN JAPAN | | | | | Buy | 02/28/14 | K | | |
| 265. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 266. | | | | | Sold | 12/19/14 | K | A | |
| 267. -METROPOLITAN WEST TOT RET BD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 268. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 269. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 270. -NATIXIS OAKMARK INTL | | | | | Buy | 02/28/14 | K | | |
| 271. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 272. | | | | | Sold (part) | 12/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -OAKMARK I | | | | | Buy (add'l) | 02/28/14 | K | | |
| 274. | | | | | Sold (part) | 12/19/14 | J | A | |
| 275. -OAKMARK INTERNATL I | | | | | Sold | 02/28/14 | K | B | |
| 276. -ONEOK INC | | | | | Buy | 02/28/14 | J | | |
| 277. | | | | | Sold | 04/02/14 | J | A | |
| 278. -PIMCO FUNDAMENTAL IDXPLS AR | | | | | Buy | 12/19/14 | K | | |
| 279. -PIMCO INCOME | | | | | Buy | 12/19/14 | K | | |
| 280. -PIMCO INTL STOCKPLUS AR STR | | | | | Buy | 12/19/14 | K | | |
| 281. -PUTNAM EQUITY SPECTRUM | | | | | Buy | 02/28/14 | K | | |
| 282. | | | | | Sold (part) | 12/19/14 | K | | |
| 283. -RS SELECT GROWTH | | | | | Buy | 02/28/14 | K | | |
| 284. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 285. | | | | | Sold (part) | 12/19/14 | K | | |
| 286. -SEMGROUP CORP | | | | | Buy | 02/28/14 | J | | |
| 287. | | | | | Sold | 04/02/14 | J | | |
| 288. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy (add'l) | 02/28/14 | J | | |
| 289. | | | | | Sold (part) | 12/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -T ROWE PRICE REAL ESTATE FD | | | | | Sold | 02/28/14 | J | B | |
| 291. -TARGA RESOURCES | | | | | Buy | 02/28/14 | J | | |
| 292. | | | | | Sold | 04/02/14 | J | A | |
| 293. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Sold (part) | 02/28/14 | J | A | |
| 294. | | | | | Sold | 12/19/14 | J | | |
| 295. -THORNBURG DEVELOPING WORLD I | | | | | Sold (part) | 02/28/14 | K | C | |
| 296. | | | | | Sold | 12/19/14 | K | A | |
| 297. -THORNBURG INTL GROWTH | | | | | Buy | 02/28/14 | J | | |
| 298. | | | | | Buy (add'l) | 04/02/14 | K | | |
| 299. | | | | | Sold | 12/19/14 | K | | |
| 300. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 02/28/14 | L | | |
| 301. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 302. | | | | | Sold (part) | 12/19/14 | J | | |
| 303. -W P CAREY INC COM (X) | | | | | Sold | 02/28/14 | J | A | |
| 304. -WASATCH SM CAP GRW FD | | | | | Sold | 02/28/14 | K | B | |
| 305. -WILLIAMS CO INC | | | | | Buy | 02/28/14 | J | | |
| 306. | | | | | Sold | 04/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -WISDOMTREE EUROPE HEDGED EQUITY | | | | | Buy | 12/19/14 | K | | |
| 308. -WISDOMTREE TRUST JAPN HEDGE EQUITY | | | | | Buy | 12/19/14 | K | | |
| 309. (H) IRA #2 A Annty 451 | A | Int./Div. | N | T | | | | | |
| 310. -John Hancock Venture Annuity Lifestyle Moderate Fund | | | | | | | | | |
| 311. (H) IRA #3 ▓ | C | Int./Div. | M | T | | | | | |
| 312. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 313. -ALGER SPECTRA A | | | | | Sold | 02/28/14 | J | B | |
| 314. -ARTISAN GLOBAL VALUE INV | | | | | Sold | 02/28/14 | J | A | |
| 315. -ARTISAN MIDCAP VALUE INV | | | | | Sold | 02/28/14 | J | A | |
| 316. -BARON REAL ESTATE | | | | | Buy | 02/28/14 | J | | |
| 317. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 318. | | | | | Sold (part) | 12/19/14 | J | A | |
| 319. -CALVERT GLOBAL WATER A | | | | | Sold | 02/28/14 | J | A | |
| 320. -CENTRAL GOLDTRUST UNITS | | | | | Buy (add'l) | 04/02/14 | J | | |
| 321. | | | | | Sold | 12/19/14 | J | | |
| 322. -CHENIERE ENERGY | | | | | Buy | 02/28/14 | J | | |
| 323. | | | | | Sold | 04/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -CREDIT SUISSE CUSHING 30 MLP | | | | | Buy | 04/02/14 | J | | |
| 325. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 326. -CUSHING MLP PREMIER I | | | | | Sold | 02/28/14 | J | A | |
| 327. -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/28/14 | J | | |
| 328. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 329. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 330. -FIRST EAGLE GLOBAL I | | | | | Sold (part) | 02/28/14 | J | A | |
| 331. | | | | | Sold (part) | 04/02/14 | J | A | |
| 332. | | | | | Sold | 12/19/14 | J | A | |
| 333. -GATEWAY FUND Y | | | | | Sold | 02/28/14 | J | A | |
| 334. -INVESCO SMALL CAP VALUE | | | | | Buy | 12/19/14 | J | | |
| 335. -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/28/14 | J | | |
| 336. | | | | | Sold (part) | 12/19/14 | J | A | |
| 337. -LORD ABBETT SHT DURATION INC F | | | | | Buy (add'l) | 02/28/14 | J | | |
| 338. | | | | | Sold | 12/19/14 | J | | |
| 339. -MAINSTAY MARKETFIELD I | | | | | Sold (part) | 02/28/14 | J | | |
| 340. | | | | | Buy (add'l) | 04/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold | 12/19/14 | J | | |
| 342. -MATTHEWS ASIAN JAPAN | | | | | Buy | 02/28/14 | J | | |
| 343. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 344. | | | | | Sold | 12/19/14 | J | A | |
| 345. -METROPOLITAN WEST TOT RET BD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 346. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 347. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 348. -NATIXIS OAKMARK INTL | | | | | Buy | 02/28/14 | J | | |
| 349. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 350. | | | | | Sold (part) | 12/19/14 | J | | |
| 351. -OAKMARK I | | | | | Buy (add'l) | 02/28/14 | J | | |
| 352. | | | | | Sold (part) | 12/19/14 | J | A | |
| 353. -OAKMARK INTERNATL I | | | | | Sold | 02/28/14 | J | A | |
| 354. -ONEOK INC | | | | | Buy | 02/28/14 | J | | |
| 355. | | | | | Sold | 04/02/14 | J | A | |
| 356. -PIMCO FUNDAMENTAL IDXPLS AR | | | | | Buy | 12/19/14 | J | | |
| 357. -PIMCO INCOME | | | | | Buy | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -PIMCO INTL STOCKPLUS AR STR | | | | | Buy | 12/19/14 | J | | |
| 359. -PUTNAM EQUITY SPECTRUM | | | | | Buy | 02/28/14 | J | | |
| 360. | | | | | Sold (part) | 12/19/14 | J | A | |
| 361. -RS SELECT GROWTH | | | | | Buy | 02/28/14 | J | | |
| 362. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 363. | | | | | Sold (part) | 12/19/14 | J | | |
| 364. -SEMGROUP CORP | | | | | Buy | 02/28/14 | J | | |
| 365. | | | | | Sold | 04/02/14 | J | | |
| 366. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy (add'l) | 02/28/14 | J | | |
| 367. | | | | | Sold (part) | 12/19/14 | J | | |
| 368. -TARGA RESOURCES | | | | | Buy | 02/28/14 | J | | |
| 369. | | | | | Sold | 04/02/14 | J | A | |
| 370. -TEMPLETON GLB TOTAL RETURN ADV | | | | | Sold (part) | 02/28/14 | J | A | |
| 371. | | | | | Sold | 12/19/14 | J | | |
| 372. -THORNBURG DEVELOPING WORLD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 373. | | | | | Sold | 12/19/14 | J | A | |
| 374. -THORNBURG INTL GROWTH | | | | | Buy | 02/28/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 376. | | | | | Sold | 12/19/14 | J | | |
| 377. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 02/28/14 | J | | |
| 378. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 379. | | | | | Sold (part) | 12/19/14 | J | | |
| 380. -W P CAREY INC COM (X) | | | | | Sold | 02/28/14 | J | A | |
| 381. -WASATCH SM CAP GRW FD | | | | | Sold | 02/28/14 | J | A | |
| 382. -WILLIAMS CO INC | | | | | Buy | 02/28/14 | J | | |
| 383. | | | | | Sold | 04/02/14 | J | | |
| 384. -WISDOMTREE EUROPE HEDGED EQUITY | | | | | Buy | 12/19/14 | J | | |
| 385. -WISDOMTREE TRUST JAPN HEDGE EQ | | | | | Buy | 12/19/14 | J | | |
| 386. (H) IRA #4 | B | Int./Div. | K | T | | | | | |
| 387. -MORGAN STANLEY BANK N.A. | | | | | | | | | |
| 388. -ALGER SPECTRA A | | | | | Sold | 02/28/14 | J | A | |
| 389. -ARTISAN GLOBAL VALUE INV | | | | | Sold | 02/28/14 | J | A | |
| 390. -ARTISAN MIDCAP VALUE INV | | | | | Sold | 02/28/14 | J | A | |
| 391. -BARON REAL ESTATE | | | | | Buy | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 27 of 32

**Name of Person Reporting**

Hurwitz, Andrew

**Date of Report**

05/13/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 393. | | | | | Sold (part) | 12/19/14 | J | A | |
| 394.  -CREDIT SUISSE CUSHING 30 MLP | | | | | Buy | 04/02/14 | J | | |
| 395. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 396.  -DOUBLELINE TOTAL RETURN I | | | | | Sold (part) | 02/28/14 | J | | |
| 397. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 398. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 399.  -FIRST EAGLE GLOBAL I | | | | | Sold (part) | 02/28/14 | J | A | |
| 400. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 401. | | | | | Sold | 12/19/14 | J | A | |
| 402.  -INVESCO SMALL CAP VALUE | | | | | Buy | 12/19/14 | J | | |
| 403.  -LOOMIS SAYLES STRATEGIC INC Y | | | | | Buy (add'l) | 02/28/14 | J | | |
| 404. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 405. | | | | | Sold | 12/19/14 | J | A | |
| 406.  -LORD ABBETT SHT DURATION INC F | | | | | Buy (add'l) | 02/28/14 | J | | |
| 407. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 408. | | | | | Sold | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -MAINSTAY MARKETFIELD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 410. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 411. | | | | | Sold | 12/19/14 | J | | |
| 412. -METROPOLITAN WEST TOT RET BD I | | | | | Sold (part) | 02/28/14 | J | | |
| 413. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 414. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 415. -NATIXIS OAKMARK INTL | | | | | Buy | 02/28/14 | J | | |
| 416. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 417. | | | | | Sold (part) | 12/19/14 | J | | |
| 418. -OAKMARK I | | | | | Buy (add'l) | 02/28/14 | J | | |
| 419. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 420. | | | | | Sold (part) | 12/19/14 | J | A | |
| 421. -OAKMARK INTERNATL I | | | | | Sold | 02/28/14 | J | A | |
| 422. -PIMCO FUNDAMENTAL IDXPLS AR | | | | | Buy | 12/19/14 | J | | |
| 423. -PIMCO INCOME | | | | | Buy | 12/19/14 | J | | |
| 424. -PUTNAM EQUITY SPECTRUM | | | | | Buy | 02/28/14 | J | | |
| 425. | | | | | Buy (add'l) | 04/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold | 12/19/14 | J | A | |
| 427. -RS SELECT GROWTH | | | | | Buy | 02/28/14 | J | | |
| 428. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 429. | | | | | Sold | 12/19/14 | J | | |
| 430. -SUNAMERICA NEW FOC DIV STRA A | | | | | Buy (add'l) | 02/28/14 | J | | |
| 431. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 432. | | | | | Sold (part) | 12/19/14 | J | A | |
| 433. -THORNBURG DEVELOPING WORLD I | | | | | Sold (part) | 02/28/14 | J | A | |
| 434. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 435. | | | | | Sold | 12/19/14 | J | A | |
| 436. -THORNBURG INTL GROWTH | | | | | Buy | 02/28/14 | J | | |
| 437. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 438. | | | | | Sold | 12/19/14 | J | | |
| 439. -TOUCHSTONE SANDS CAP SEL GR | | | | | Buy | 02/28/14 | J | | |
| 440. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 441. | | | | | Sold (part) | 12/19/14 | J | | |
| 442. -WASATCH SM CAP GRW FD | | | | | Sold | 02/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -WISDOMTREE TRUST JAPN HEDGE EQUIT | | | | | Buy | 12/19/14 | J | | |
| 444. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #3
Trust #3 Transferred in assets ▅▅▅▅▅▅▅. All sales, without a prior buy in 2013, are marked with an (X).

IRA #1
(WPC) W P Carey Comm Stock was transferred from IRA #2 to IRA #1.

IRA #2
Corporate Prop Assoc 15 REIT (Y) was exchanged for (WPC) W P Carey Comm Stock. Then the (WPC) W P Carey Comm Stock was transferred to IRA #1.

IRA #3
(WPC) W P Carey Comm Stock was transferred from IRA #6 to IRA #3.

IRA #6
Corporate Prop Assoc 15 REIT (Y) was exchanged for (WPC) W P Carey Comm Stock. Then the (WPC) W P Carey Comm Stock was transferred to IRA #3.

# FINANCIAL DISCLOSURE REPORT

Page 32 of 32

Name of Person Reporting

Hurwitz, Andrew

Date of Report

05/13/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544